**Fill in this information to identify the case:**

**Debtor name:** Huxtable's Kitchen Holding Corp.

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 16-11541

☐ Check if this is an amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals 12/15

## Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B ................................................................................................ $0.00

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B .............................................................................................. UNKNOWN

   1c. **Total of all property:**
   Copy line 92 from Schedule A/B ................................................................................................. UNKNOWN

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D ................. $14,539,106.96

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F ............................................................ $0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F ............................. + UNKNOWN

4. *Total liabilities*
   Lines 2 + 3a + 3b ...................................................................................................................... $14,539,106.96

**Fill in this information to identify the case:**

**Debtor name:** Huxtable's Kitchen Holding Corp.

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 16-_____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☒ No. Go to Part 2.
☐ Yes. Fill in the information below

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2. Cash on hand**

2.1. _____   $_____

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| 3.1. _____ | _____ | _____ | $_____ |

**4. Other cash equivalents** *(Identify all)*

| Description | Name of institution | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 4.1. _____ | _____ | _____ | _____ | $_____ |

**5. Total of part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      $0.00

### Part 2: Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes. Fill in the information below

Debtor  **Huxtable's Kitchen Holding Corp.**                                      Case number *(if known)* **16-_____**

**7.  Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit                                Current value of debtor's interest

7.1. _____    $_____

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment                             Current value of debtor's interest

8.1. _____    $_____
_____

**9.  Total of part 2**

Add lines 7 through 8. Copy the total to line 81.                                $0.00

---

### Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.
☐ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

|     | | Face amount | Doubtful or uncollectible accounts | | |
|-----|---|---|---|---|---|
| 11a. | 90 days old or less: | $_____ | - $_____ | = ........ → | $_____ |
|     | | Face amount | Doubtful or uncollectible accounts | | |
| 11b. | Over 90 days old: | $_____ | - $_____ | = ........ → | $_____ |

**12. Total of part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.           $0.00

---

### Part 4:  Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
☒ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock

14.1. _____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| | Name of entity | % of ownership | | |
|---|---|---|---|---|
| 15.1. | HUXTABLE'S KITCHEN, INC. | 100.00% | _____ | UNKNOWN |

Official Form 206A/B            Schedule A/B: Assets — Real and Personal Property            Page 2 of 9

Debtor **Huxtable's Kitchen Holding Corp.**                                                          Case number *(if known)* **16-_____**

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe

16.1. _____   _____   $_____

**17.** **Total of part 4**

Add lines 14 through 16. Copy the total to line 83.

UNKNOWN

---

**Part 5:** **Inventory, excluding agriculture assets**

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19.** **Raw materials**

19.1. _____  _____  $_____  _____  $_____

**20.** **Work in progress**

20.1. _____  _____  $_____  _____  $_____

**21.** **Finished goods, including goods held for resale**

21.1. _____  _____  $_____  _____  $_____

**22.** **Other inventory or supplies**

22.1. _____  _____  $_____  _____  $_____

**23.** **Total of part 5**

Add lines 19 through 22. Copy the total to line 84.

$0.00

**24.** **Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes Book value: $_____   Valuation method: _____   Current value: $_____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

Debtor     **Huxtable's Kitchen Holding Corp.**                                                                                          Case number *(if known)* **16-_____**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.   Crops—either planted or harvested**

28.1.   _____    $_____    _____    $_____

**29.   Farm animals.** Examples: Livestock, poultry, farm-raised fish

29.1.   _____    $_____    _____    $_____

**30.   Farm machinery and equipment** (Other than titled motor vehicles)

30.1.   _____    $_____    _____    $_____

**31.   Farm and fishing supplies, chemicals, and feed**

31.1.   _____    $_____    _____    $_____

**32.   Other farming and fishing-related property not already listed in Part 6**

32.1.   _____    $_____    _____    $_____

**33.   Total of part 6**

Add lines 28 through 32. Copy the total to line 85.                                                                          $0.00

**34.   Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

**35.   Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes Book value: $_____  Valuation method: _____  Current value: $_____

**36.   Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37.   Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

### Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38.   Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39.   Office furniture**

39.1.   _____    $_____    _____    $_____

**40.   Office fixtures**

40.1.   _____    $_____    _____    $_____

| Debtor | Huxtable's Kitchen Holding Corp. | Case number *(if known)* 16-_____ |
|---|---|---|

**41.** Office equipment, including all computer equipment and communication systems equipment and software

| | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 41.1. _____ | $_____ | _____ | $_____ |

**42.** **Collectibles.** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 42.1. _____ | $_____ | _____ | $_____ |
|---|---|---|---|

**43.** **Total of part 7**

Add lines 39 through 42. Copy the total to line 86.                                                    $0.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No
☐ Yes

### Part 8: Machinery, equipment, and vehicles

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest (Where available)** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

**47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1. _____ | $_____ | _____ | $_____ |
|---|---|---|---|

**48.** **Watercraft, trailers, motors, and related accessories.** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| 48.1. _____ | $_____ | _____ | $_____ |
|---|---|---|---|

**49.** **Aircraft and accessories**

| 49.1. _____ | $_____ | _____ | $_____ |
|---|---|---|---|

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| 50.1. _____ | $_____ | _____ | $_____ |
|---|---|---|---|

**51.** **Total of part 8**

Add lines 47 through 50. Copy the total to line 87.                                                    $0.00

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No
☐ Yes

Debtor  **Huxtable's Kitchen Holding Corp.**                                        Case number *(if known)* **16-_____**

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

☒ No. Go to Part 10.
☐ Yes. Fill in the information below.

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

55.1. _____  _____  $_____  _____  $_____

**56. Total of part 9**

Add the current value on lines 55. Copy the total to line 88.                                              $0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No
☐ Yes

### Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60. Patents, copyrights, trademarks, and trade secrets**

60.1. _____  $_____  _____  $_____

**61. Internet domain names and websites**

                                                         Net book value of debtor's interest   Valuation method   Current value of debtor's interest

61.1. _____  $_____  _____  $_____

**62. Licenses, franchises, and royalties**

62.1. _____  $_____  _____  $_____

**63. Customer lists, mailing lists, or other compilations**

63.1. _____  $_____  _____  $_____

**64. Other intangibles, or intellectual property**

64.1. _____  $_____  _____  $_____

**65. Goodwill**

65.1. _____  $_____  _____  $_____

Debtor  **Huxtable's Kitchen Holding Corp.**                                                                                    Case number *(if known)* **16-_____**

| 66. | **Total of part 10** | |
|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | $0.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☒ No. Go to Part 12.
   ☐ Yes. Fill in the information below.

   **Current value of debtor's interest**

71. **Notes receivable**

| Description (include name of obligor) | Total face amount | Doubtful or uncollectible amount | | Current value of debtor's interest |
|---|---|---|---|---|
| 71.1. _____ _____ | $_____ | - $_____ | = ........ → | $_____ |

72. **Tax refunds and unused net operating losses (NOLs)**

| Description (for example, federal, state, local) | Tax refund amount | NOL amount | Tax year | Current value of debtor's interest |
|---|---|---|---|---|
| 72.1. _____ | $_____ | $_____ | _____ | $_____ |

73. **Interests in insurance policies or annuities**

| Insurance company | Insurance policy No. | Annuity issuer name | Annuity account type | Annuity account No. | Current value of debtor's interest |
|---|---|---|---|---|---|
| 73.1. _____ | _____ | _____ | _____ | _____ | $_____ |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

| | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| 74.1. _____ | _____ | $_____ | $_____ |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| 75.1. _____ | _____ | $_____ | $_____ |

Official Form 206A/B             **Schedule A/B: Assets — Real and Personal Property**                                    Page 7 of 9

Debtor  **Huxtable's Kitchen Holding Corp.**                                         Case number *(if known)* **16-_____**

**76.**   **Trusts, equitable or future interests in property**

76.1. _____  $_____

**77.**   **Other property of any kind not already listed**
        Examples: Season tickets, country club membership

77.1. _____  $_____

**78.**   **Total of part 11**

        Add lines 71 through 77. Copy the total to line 90.                                    $0.00

**79.**   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No
☐ Yes

Debtor **Huxtable's Kitchen Holding Corp.** Case number *(if known)* 16-_____

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | UNKNOWN | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.* ................................................. → | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.*     + | $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column. ..........91a. | UNKNOWN    + 91b. | $0.00 |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................ | | UNKNOWN |

| Fill in this information to identify the case: |
|---|
| **Debtor name:** Huxtable's Kitchen Holding Corp. |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 16-_____ |

☐ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

Debtor  **Huxtable's Kitchen Holding Corp.**                                    Case number *(if known)* 16-_____

|  | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

2.1. **Creditor's name and address**

BANK OF MONTREAL
100 KING STREET, WEST
7TH FLOOR
TORONTO ON M5X 1A1
CANADA

**Creditor's email address, if known**
_____

**Date debt was incurred:** 6/27/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority. PACA CLAIMANTS HAVE A PRIORITY WITH RESPECT TO PERISHABLE COMMODITIES.

  ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

ALL ASSETS                                     $14,539,106.96       UNKNOWN

**Describe the lien**

BLANKET LIEN ON ALL ASSETS

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $14,539,106.96

---

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

|  | Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|
| 3.1. | CHAPMAN AND CUTLER LLP<br>111 WEST MONROE STREET<br>CHICAGO IL 60603 | Line 2.1 | _____ |

---

Official Form 206D            Schedule D: Creditors Who Have Claims Secured by Property            Page 2 of 2

**Fill in this information to identify the case:**

**Debtor name:** Huxtable's Kitchen Holding Corp.

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 16-_____

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G) .Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

2.1.  **Priority creditor's name and mailing address**
_____
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $_____ | $_____ |
| | **Nonpriority amount** |
| | $_____ |

Debtor  **Huxtable's Kitchen Holding Corp.**                                                             Case number *(if known)* **16-_____**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| 3.1. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | DEL MONTE FRESH PRODUCE N.A., INC.<br>C/O MARTYN & ASSOCIATES, M.A. AMENDOLA<br>920 W. SUPERIOR AVENUE<br>10TH FLOOR<br>CLEVELAND OH 44113 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNKNOWN |
| | **Date or dates debt was incurred**<br>APRIL - MAY 2016 | **Basis for the claim:**<br>LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor   **Huxtable's Kitchen Holding Corp.**                                           Case number *(if known)* **16-_____**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|   |   |   | **Total of claim amounts** |
|---|---|---|---|
| **5a.** | **Total claims from Part 1** | 5a. | $0.00 |
| **5b.** | **Total claims from Part 2** | 5b.  **+** | UNKNOWN |
| **5c.** | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | UNKNOWN |

**Fill in this information to identify the case:**

**Debtor name:** Huxtable's Kitchen Holding Corp.

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 16-_____

☐ Check if this is an amended filing

Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

    ☒ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.1. **Title of contract**         _____    _____

   **State what the contract or lease is for**    _____    _____

   **Nature of debtor's interest**    _____    _____

   **State the term remaining**    _____

   **List the contract number of any government contract**    _____

| **Fill in this information to identify the case:** |
|---|
| **Debtor name:** Huxtable's Kitchen Holding Corp. |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 16-_____ |

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1. | HMR FOODS HOLDING, LP<br>C/O THE CORPORATION TRUST COMPANY | 1209 ORANGE STREET<br>WILMINGTON DE 19801 | BANK OF MONTREAL | ☒ D<br>☐ E/F<br>☐ G |
| 2.2. | HMR FOODS, LLC | 2080 E. 49TH STREET<br>VERNON CA 90058 | BANK OF MONTREAL | ☒ D<br>☐ E/F<br>☐ G |
| 2.3. | HMR PASTA KITCHEN, INC. (N/K/A FRESH SELECTION, INC.) | 350 CREDITSTONE ROAD<br>CONCORD ON L4K 3Z2<br>CANADA | BANK OF MONTREAL | ☒ D<br>☐ E/F<br>☐ G |
| 2.4. | HUXTABLE'S KITCHEN, INC. | 2100 E. 49TH STREET<br>VERNON CA 90058 | BANK OF MONTREAL | ☒ D<br>☐ E/F<br>☐ G |
| 2.5. | SIMMERING SOUP KITCHEN, LLC | 1800 MENDON ROAD<br>CUMBERLAND RI 02864 | BANK OF MONTREAL | ☒ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

**Debtor name:** Huxtable's Kitchen Holding Corp.

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 16-_____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6/23/2016
MM/DD/YYYY

✗ /s/ Jeff Nerland
Signature of individual signing on behalf of debtor

Jeff Nerland
Printed name

Chief Restructuring Officer
Position or relationship to debtor